# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ANDREW JEROME FRANCIS

NO. 2023 KW 0110

**FEBRUARY 14, 2023**

---

In Re:   Andrew Jerome Francis, applying for supervisory writs, 21st Judicial District Court, Parish of Livingston, No. 16-FELN-034750.

---

**BEFORE:   WELCH, PENZATO, AND LANIER, JJ.**

**WRIT DENIED.**

JEW
AHP
WIL

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT